FILED
CLERK

9/17/2013 4:39 pm

U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
PATRICIA ROTH, individually and on behalf
of others similarly situated,

                Plaintiff,

   - against -

CITIMORTGAGE INC.,

                Defendant.
-----------------------------------------------------------X

**JUDGMENT**
CV-12-2446 (SJF)(WDW)

An Order of Honorable Sandra J. Feuerstein, United States District Judge, having been filed on September 11, 2013, granting defendant's motion to dismiss in its entirety; and directing the Clerk of Court to close this case, it is

**ORDERED AND ADJUDGED** that plaintiff take nothing of defendant; that defendant's motion to dismiss is granted in its entirety; and that this case is hereby closed.

Dated: Central Islip, New York
         September 17, 2013

                                                                             DOUGLAS C. PALMER
                                                                              CLERK OF THE COURT

                                                By:   /s/ Catherine Vukovich
                                                                    Deputy Clerk