UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------X

PATRICIA ROTH a/k/a PATRICIA
MCCARTHY, individually and on behalf of
all others similarly situated,

                  Plaintiff,

     vs.

CitiMortgage, Inc.,

                Defendant.

-------------------------------------------------------- X

12 CV 2446 (SFJ)(WDW)

Hon. Sandra J. Feuerstein

Jury Demanded

## **NOTICE OF APPEAL**

Notice is hereby given that plaintiffs, PATRICIA ROTH a/k/a PATRICIA MCCARTHY,
individually and on behalf of all others similarly situated , appeal to the United States Court of
Appeals for the Second Circuit from:

    (1)     an order entered on September 11, 2013, granting CitiMortgage, Inc's motion to
                dismiss in its entirety and also dismissing the amended complaint. (Docket No.
                21);

    (2)     any other orders relating to the entry of judgment for CitiMortgage, Inc
                against plaintiffs.

Dated: October 9, 2013

                                     Respectfully submitted,

                                       Rosario G Sicuranza

Rosario G Sicuranza
The Sicuranza Law Firm LLC
445 Broad Hollow Road, Suite 25
Melville, New York 11747

                    Phone: 631.953.1513
                    Fax: 631.891.4200

## CERTIFICATE OF SERVICE

I hereby certify that on Dated: October 9, 2013, I caused a true and correct copy of the foregoing to be served upon counsels of record via ECF electronic delivery.

Rosario G Sicuranza

Rosario G Sicuranza
The Sicuranza Law Firm LLC
445 Broad Hollow Road, Suite 25
Melville, New York 11747

Phone: 631.953.1513
Fax: 631.891.4200